**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6333**

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

ROBERT JOSHUA BUTLER,

            Defendant - Appellant.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District
Judge.  (1:03-cr-00305-WDQ-1)

Submitted:  April 18, 2013          Decided:  April 23, 2013

Before WILKINSON, GREGORY, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Joshua Butler, Appellant Pro Se.  Barbara Slaymaker Sale,
Assistant  United  States  Attorney,  Baltimore,  Maryland,  for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Joshua Butler appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Butler, No. 1:03-cr-00305-WDQ-1 (D. Md. Feb. 20, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED